AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) Case No. 2:21-cr-30 KJM |
| Eric Castaneda | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/5/21

*Defendant's signature*

*Signature of defendant's attorney*

Joseph J. Wiseman
*Printed name of defendant's attorney*

Date: 3/23/2021

Kimberly J. Mueller     United States District Judge
*Judge's printed name and title*